FILED
CHARLOTTE, NC
AUG -1 2013
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13mj234 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDALL NEWKIRK ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court, to protect the secrecy of the ongoing investigation.

IT IS HEREBY ORDERED that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 1st day of August, 2013.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE